UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OCTOBER 2, 2024
CAMDEN OFFICE                                        DATE OF PROCEEDINGS
JUDGE EDWARD S. KIEL

COURT REPORTER: Ann Marie Mitchell
OTHER: Todd Jones, U.S. Pretrial Officer           Docket # 24-CR-00528

TITLE OF CASE:
UNITED STATES OF AMERICA
          v.

ARTHUR SPITZER.
     DEFENDANT.

APPEARANCES:
Daniel Friedman, AUSA for Government.
Henry Edward Mazurek and Jason Ser, Esqs. for Defendant.

NATURE OF PROCEEDINGS:    MOTION HEARING
Telephone hearing on defendant's [26] Motion to Modify Conditions of Release to remove electronic monitoring for religious observance;

DISPOSITION:
Counsel withdrew motion on the record.
Ordered clerk to terminate motion.

Time commenced: 10:00 a.m.
Time Adjourned: 10:07 a.m.
Total Time: 07 min.

s/*GN*
DEPUTY CLERK