UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 24-528 (ESK) |
| v. | Hon. Edward S. Kiel |
| ARTHUR SPITZER | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of the United States (Elisa T. Wiygul, Assistant U.S. Attorney, appearing), and defendant Arthur Spitzer (Henry Mazurek, Esq. and Jason Ser, Esq., appearing) for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the Court having granted three prior continuances; and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants, the number of charges, and the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial

itself within 70 days.

  2. The discovery in the case is voluminous and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

  3. Defendant Spitzer has filed pretrial motions, and the Court has set a schedule for briefing of those motions and has scheduled oral argument on the motions for March 16, 2026.

  4. The parties may enter into plea negotiations, which, if fruitful, could save the time and resources of the Court and parties, and avoid a trial.

  5. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice are served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

  IT IS, therefore, on this <u>31 st</u> day of <u>December</u>, 2025,

  (1) ORDERED that this action be, and hereby is, continued until March 31, 2026; and it is further

  (2) ORDERED that the period from the date of this order through March 31, 2026 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

          ___*/s/ Edward S. Kiel*_____
          Honorable Edward S. Kiel
          United States District Judge

Consented to as to form and entry:


/s/ Elisa T. Wiygul
ELISA T. WIYGUL
Assistant U.S. Attorney


HENRY MAZUREK, ESQUIRE
JASON SER, ESQUIRE
Counsel for defendant Arthur Spitzer